J. L. MOORE, Respondent, v. ST. LOUIS AND SAN FRANCISCO RAILROAD COMPANY, Appellant.

**Kansas City Court of Appeals, March 5, 1906.**

PRACTICE: Damages: Pleading: Verdict. A verdict and judgment for damages in excess of that alleged in the petition is erroneous.

Appeal from Jasper Circuit Court.—*Hon. Hugh Dabbs,* Judge.

REVERSED AND REMANDED.

*L. F. Parker* and *Woodruff & Mann* for appellant.

The court had no authority to render judgment in excess of the damages laid in the petition. This, it seems to us, is elementary. State ex rel. v. Davidson, 87 Mo. 683; Smith v. Royse, 165 Mo. 654-658; Powell v. Horrell, 72 Mo. App. 406-412; Moore v. Dixon, 50 Mo. 424; Maupin v. Triplett, 5 Mo. 423; Hayton v. Hope, 3 Mo. 53; Pope v. Salsman, 35 Mo. 362; Carr v. Edwards, 1 Mo. 137.

*Perkins & Blair* for respondent.

Filed no briefs.

ELLISON, J.—Plaintiff brought his action for damages against defendant by filing his petition, wherein he claimed, among other things, that he was damaged for the destruction of his "elevator and sludge mill in the sum of $675. The jury returned a verdict giving him damages on that account for $900, and judgment was rendered accordingly. The judgment should not have

been for more than was asked and it is accordingly reversed and the cause remanded. [Smith v. Royse, 165 Mo. 654, 658; Moore v. Dixon, 50 Mo. 424; Maupin v. Triplett, 5 Mo. 423; State ex rel. v. Davidson, 87 Mo. 683; Pope v. Salsman, 35 Mo. 362; Hayton v. Hope, 3 Mo. 53.] All concur.